

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-17-00058-CR

David Alexander **ZUNIGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4390B
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he served copies of the brief and motion on appellant, informed appellant of his right to review the record and file his own brief, and provided appellant with a form for requesting the record and explained to appellant the procedure for obtaining the record. *See Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). To date, appellant has not filed the form provided by his counsel.

If appellant desires to file a pro se brief, we **order** that he do so on or before **October 2, 2017**. If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court.

We further **order** the motion to withdraw filed by appellant's counsel held in abeyance pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988) (holding that motion to withdraw should not be ruled on before appellate court independently reviews record to determine whether counsel's evaluation that appeal is frivolous is sound); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008) (same).

We further **order** the clerk of this court to serve a copy of this order on appellant, his appointed counsel, the attorney for the State, and the clerk of the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk